**Dismissed and Memorandum Opinion filed February 23, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-11-00672-CV

———————————

**VARENDA WILLIAMS, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A
FANNIE MAE, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 990662**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed July 18, 2011.   The clerk's record was filed August 11, 2011.   No reporter's record was filed.   No brief was filed.

On January 10, 2012, this court issued an order stating that unless appellant submitted a brief on or before February 6, 2012, the court would dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   No brief has been filed.   Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.